IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM GEOFFERY DOBBINS, | ) | |
| AIS#167085, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv875-TMH |
| | ) | |
| J. C. GILES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On May 3, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 104). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.  The defendants' motions for summary judgment are GRANTED.

2.  Judgment is entered in favor of defendants.

3.  The costs of this proceeding are taxed against the plaintiff.

4.  This case is DISMISSED with prejudice.

Done this the 13th day of June, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE